**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

DANIEL DEITCHMAN,          : No. 82 MAL 2014
                              :
           Respondent        :
                              : Petition for Allowance of Appeal from the
                              : Order of the Superior Court
           v.                    :
                              :
                              :
JAMES P. HALKIAS,           :
                              :
           Petitioner          :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of July, 2014, the Application to Withdraw as Counsel is **DISMISSED as moot** and the Petition for Allowance of Appeal is **DENIED**.